DR. GAMAL ABOUDEIF
LAW FIRM
&
INTERNATIONAL ARBITRATORS



GAMAL ABOUDEIF
LAW FIRM

HORSE TOURS AND TRAVEL SAE,

9 El Shaheed Mohamed Gamal Boraie Street
Heliopolis, Cairo
Arab Republic of Egypt

Case No. _____

*Petitioner,*

v.

IRAQI AIRWAYS CO.

Baghdad International Airport
Baghdad
Republic of Iraq

MINISTRY OF TRANSPORT

OF THE REPUBLIC OF IRAQ,

Omar Bin Al Khatab Street and Bur Said Street
Baghdad
Republic of Iraq

THE REPUBLIC OF IRAQ,

c/o Minister of Foreign Affairs
Ministry of Foreign Affairs
Al-Salhiya, Fadhil Al-Jimali Street
Baghdad
Republic of Iraq

*Respondents.*

Page **1** of **3**

ADDRESS: 53 MOSTAFA EL-NAHHAS, NASR CITY, CAIRO
TEL: +202-2276972
MOBILE: +201001864410
E-MAIL:
GAMALABOUDEIF@HOTMAIL.COM

# DECLARATION OF DR. GAMAL ABOUDEIF

I, Dr. Gamal Aboudeif, declare, certify, and state as follows:

1.     I am Dr. Gamal Aboudeif, an attorney admitted to the Egyptian Bar and enrolled before the Court of Cassation of the Arab Republic of Egypt, and Deputy Chairman of the Board of Trustees of KEMET – Kemet International Commercial Arbitration Centre.

I have acted as counsel for Petitioner Horse Tours and Travel SAE pursuant to General Power of Attorney No. 800, Letter B, Year 2015, executed before the Heliopolis Notary Office on February 12, 2015.

I submit this declaration in support of Petitioner's petition to recognize and enforce a foreign arbitral award against Iraqi Airways Co., the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq.

I have represented the Petitioner throughout the underlying arbitration and the related Egyptian court proceedings, from the submission of the notice of arbitration in 2011 through the Court of Cassation's judgment on June 1, 2026.

I appeared on Petitioner's behalf before the arbitral tribunal at its earliest hearings; before the Cairo Court of Appeal in the proceedings seeking the recusal and removal of the arbitrators; before the Cairo Court of Appeal in two actions seeking annulment of the arbitral award, both of which were dismissed; and before the Court of Cassation through the issuance of the judgment dismissing Respondents' appeal on cassation.

Accordingly, the arbitral award has become final, all avenues of challenge available under Egyptian law having been exhausted, and is enforceable pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (1958 New York Convention).

I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.I have personal knowledge of the facts set forth herein.

2.     Attached hereto as **Exhibit A** is a true and correct certified copy of the arbitral award issued in favor of Petitioner on July 26, 2023, together with a certified translation thereof.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the Egyptian Court of Cassation certificate dismissing Iraqi Airways Co. and the Ministry of Transport's appeal, issued on June 3, 2026, together with a certified translation thereof.

ADDRESS: 53 MOSTAFA EL-NAHHAS, NASR CITY, CAIRO
TEL: +202-2276972
MOBILE: +201001864410
E-MAIL:
GAMALABOUDEIF@HOTMAIL.COM

4.      Attached hereto as **Exhibit C** is a certified translation of the January 30, 2001 General Agency Agreement between Petitioner and Respondent Iraqi Airways Co.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Appendix to the January 30, 2001 General Agency Agreement between Petitioner and Respondent Iraqi Airways Co., together with a certified translation thereof.

6.      Attached hereto as **Exhibit E** is a certified translation of the Minutes of the August 29, 2005 meeting reactivating the January 30, 2001 General Agency Agreement between Petitioner and Respondent Iraqi Airways Co.

7.      Attached hereto as **Exhibit F** are true and correct copies of Respondent Iraqi Airways Co.'s Notices of Termination of the General Agency Agreement dated December 2, 2004 and November 14, 2005, together with certified translations thereof.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed at Cairo, Arab Republic of Egypt on July 19, 2026.**


Name: **_Dr. Gamal Aboudeif_**

Signature:  _Gamal Aboudeif_

info@aboudeiflawfirm.com


Page 3 of 3

ADDRESS: 53 MOSTAFA EL-NAHHAS, NASR CITY, CAIRO
TEL: +202-2276972
MOBILE: +201001864410                    E-MAIL:
                                         GAMALABOUDEIF@HOTMAIL.COM