# EXHIBIT B



| الرسوم | محكمة النقض |
|---|---|
| رقم القسيمة | إدارة الجدول المدنى |
| الرسم المستحق 10 جنيه | كود 977543 |
| خدمة ميكنة 25 جنيه | |
| الموظف المختص | شهادة بما تم في طعن بالنقض |

\

بناءا على الطلب المقدم من السيد /   أشرف عبد الغفار

بشأن الطعن رقم 36915 لسنة 95 تجاري    والمودع بتاريخ 29/11/2025

**والمرفوع من :**

1  وزير النقل العراقى  بصفته
2  الشركه العامه للخطوط الجويه العراقيه

**ضـــد :**

1  الممثل القانونى لشركة هورس للسياحه والسفر ش . م . م
2  رئيس لجنه التحفظ والحصر والاداره والتصرف فى اموال الجماعات الارهابيه والإرهابيين بصفته ممثلا قانونيا عن شركه هورس للسياحه والسفر بصفتها صاحب الصفه القانونيه فى تمثيل الشركه المتحكمه فى التحكيم الماثل

**عن الحكم :**

الصادر من محكمة القاهرة  - إستئناف - بجلسة : 2025/09/30 //////////.

في القضية رقم 54 لسنة 140 //////////.

في القضية رقم 56 لسنة 140 //////////.

**وجد أن :**

قد تم الحكم فى الطعن بجلسة 01/06/2026 -  امام دائرة :الاثنين تجارى ب //////////.

**نص الحكم**

حكمت المحكمة برفض الطعن و ألزمت الطاعنين بصفتيهما المصروفات و مبلغ مائتى جنيه مقابل أتعاب المحاماة مع مصادرة الكفالة .

وإثباتاً لذلك تحررت هذه الشهادة بتاريخ : 2026/06/03   وقيدت بالدفتر برقم : \ لسنة 96 ق

الموظف المختص

رئيس القسم والمراجع

المدير العام

| FEES<br>Receipt No. .............<br>Fee due: 10 pounds<br>Automation service: 25 pounds<br>Competent Officer | **Court of Cassation**<br>**Administration of the Civil**<br>**Docket**<br>**Code:  977543**<br>**Certificate of the Outcome of a**<br>**Cassation Appeal** | [National emblem (eagle) of the Arab<br>Republic of Egypt]<br>Court of Cassation – 1931 |
| --- | --- | --- |

| Upon the application submitted by Mr. / Ashraf Abdel Ghaffar | | | |
| --- | --- | --- | --- |
| Concerning Appeal No.  36915 | for the year  95 | Commercial | and filed on  29 November 2025 |
| **Brought by:** | | **Against:** | |
| 1. The Iraqi Minister of Transport, in his official capacity<br>2. The General Company for Iraqi Airways | | 1. The Legal Representative of Horus Company for Tourism and Travel (L.L.C.)<br>2. The Chairman of the Committee for the Sequestration, Inventory, Management and Disposal of the Funds of Terrorist Groups and Terrorists, in his capacity as legal representative of Horus Company for Tourism and Travel, in its capacity as the party having legal standing to represent the arbitral respondent company in the arbitration at issue | |

| **Regarding the Judgment:** |
| --- |
| Rendered by the Cairo Court of Appeal – Appeal – at the hearing of 30 September 2025 //////////. |
| In Case No. 54 for the year 140 //////////. |
| In Case No. 56 for the year 140 //////////. |
| **It Was Found That:** |
| The appeal was adjudicated at the hearing of 1 June 2026 – before the Circuit: Monday Commercial (B) //////////. |
| **Text of the Judgment:** |
| The Court has ruled to dismiss the appeal, ordered the Appellants, in their capacities, to bear the costs and a sum of two hundred pounds as attorneys' fees, and ordered forfeiture of the security deposit. |

| In witness whereof, this certificate was drawn up on: 3 June 2026 | and entered in the register under No.: 159  for the year 96 Judicial. |
| --- | --- |
| Competent Officer | Head of Section and Reviewer | Director General |

*[Round official stamp bearing the national emblem (eagle) of the Arab Republic of Egypt, inscribed:] Ministry of Justice – Court of Cassation – Administration of Civil Procedures*

| Print time: 11:41:56 | Page 1 of 1 | Print date: 03/06/2026 |
| --- | --- | --- |



# Certificate of Accuracy

This is to certify that the attached translation, from **Arabic** to **English**, is an accurate translation of the document:

**File "Cassation June 2026 Ruling"**

I, **Abraham Abdullah** , declare under penalty of perjury that I understand the **Arabic** language and the **English** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **Arabic** statements in the language in the original document, a copy of which I have examined.

Signature:

This document was acknowledged before me on the **13th** day of **July** , 20 **26** .

Notary Public

**Elyxedy Fernandez**
**Notary Public, State of New York**
**Commission No. : 01FE6353937**
**Qualified in Bronx County**
**Commission Expires: 02/06/2029**

