# EXHIBIT C

بسم الله الرحمن الرحيم

# GENERAL SALES AGENCY AGREEMENT

# GENERAL SALES AGENCY AGREEMENT

### Between

## IRAQI AIRWAYS CO.

### And

(The Horse Co. for Transportation And Tourism

For (...Passenger.... and ...Cargo...............)

## Table of Contents
## PREAMBLE
## ARTICLES

| Articles No | Contents | Page No |
|---|---|---|
| 1. | Appointment | 1 |
| 2. | Exclusivity | 2 |
| 3. | Transfer of Obligations | 2 |
| 4. | Own Organization and Agents of the Principal | 2 |
| 5. | Scope of the GSA's Authority | 3 |
| 6. | Required Services of the GSA | 3 |
| 7. | Quality of Services | 4 |
| 8. | Interlines Agreements | 5 |
| 9. | Observance of Instructions and Tariffs | 5 |
| 10. | Traffic Documents | 5 |
| 11. | Remuneration | 6 |
| 12. | Accountancy Procedure | 7 |
| 13. | Liability & Indemnity | 8 |
| 14. | Conformity to the Laws and IATA Resolutions | 9 |
| 15. | IATA Enfocement Rules | 9 |
| 16. | Arbitration | 10 |
| 17. | Modification & Additions | 10 |
| 18. | Correspondence | 10 |
| 19. | Titles | 11 |
| 20. | Financial Link | 11 |
| 21. | Filing of Agreement | 11 |
| 22. | Stamp Duties and Registration Fees | 11 |
| 23. | Execution and Temination | 11 |
| 24. | Bank Guarantee | 12 |
| 25. | Governing Law | 13 |



# GENERAL SALES AGENCY AGREEMENT

Between

# IRAQI AIRWAYS CO.

And

*The Horse Co. for Transportation And Tourism*
*Tel: 4142180 - 4145781    Fax : 4142178 - 4142179 - 2917207*

THIS AGREEMENT made and entered into this between IRAQI AIRWAYS CO., a company organized and existing under the laws of Iraq whose Head Office is at Saddam International Airport, Baghdad, Iraq on one part.

AND

*The Horse Co. for Transportation And Tourism,*
*9 - AL - Shaheed Mohammed Jamal Burae street,*
*Ardh AL - Golf - New Eygpt*

a company organized and existing under the law of whose Head Office is at ( *Cairo - Eygpt* ) on the other part.

## WITNESSTH THAT

IN CONSIDERATION of the agreements herein contained and subject if necessary, to the approval of the respective Government Authoritirs, the parties hereto agree as follows;

## ARTICL -1

## APPOINTMENT

1- IRAQI AIRWAYS(herinafter in this connection referred to as the Principal) appoits( *The Horse Co. for Transportation And Tourism* ),(hereinafter in this connection refed to as the (GSA) as sole General Sales Agent in ( *Eygpt* ), which nomination ( *The horse Co. for Transportation And Tourism* accepts in accordance with the terms and conditions of this Agreement.



2

## ARTICLE -2

### EXCLUSIVITY

1- Unless otherwise agreed in writing between the two parties,the Principal shall not appoint any third party to carry out on ist behalf services similar to those descrined in this agreement in the territory in which General Sales Agent has undertaken the services (without prejudice to Article 4).

## ARTICLE -3

### TRANSFER OF OBLIGATIONS

1- Unless otherwise stipulated in this Agreement,the GSA agrees not to assign, transfer or delegate the representation and /or obligations as laid down in the present Agreement to any third party without a written consent of the principal.

## ARTICLE -4

### OWN ORGANIZATION AND AGENTS OF THE PRINCIPAL

1- The Principal shall have the right to station its own representatives and to establish own organization in the the territory of the GSA and to perform by this representative any activities , it may deem desirable, including sale of transportation (either directly or through agents) handling of reservations and appointment and supervision of its own sales agents although they are the agent of the GSA.The principal shall notify the GSA of the services to be preformed by the former's organization prior to the establishment of such own organization. The term "Sales Agent" in his context means IATAapproved Sales Agent.

2- If after consultation, the GSA refuses to accept a sales agent under its supervision, the principal may appoint sale agent and shall supervise him, deliver its own documents, and settle with accountsuch agent directly.

3- It is understood that this organization may also be constituted in the from of an independent affiliated company which has its own legal entity, provided such company is owned by principal fand affiliation to the principal is evident from its name.

## ARTICLE -5

## SCOPE OF THE GENERAL SALES AGENE'S AUTHORITY

1-   The authority of the General Sales Agent to represent the Principal shall be specifically limited to hte authority expressly granted by the Agreement and may be exercised only in the Territory.

2-   Sibject to the preovisions of this Agreement,the General Sales Agent shall represent the prencipal in the Territory for the sales of air passenger and/ or cargo transportations over the services of the principal and over the servic-es of other airlines with whom the principal has interline arrangement in ef-fect.

## ARTICLE -6

## REQUIRED SERVICES OF THE GENERAL SALES AGENT

1-   That the serveices and sales functions to be supplied by the General Sales Agent shall incluede:-

a.   Soliciting, Promoting and advertising traffic for the services of the Princi pal and employing staff competant and sufficient to do so.

b.   providing and mantationing a suitable area in the GSA'S place of business to be used exclusively for the transaction of the business of the principal.

c.   Causing or arranging for consignments to be delivered to the receiving points designated by the principal.

d.   Issue passenger tickets and/ or airwaybills/ consignment notes, Miscellane-ous Charges Order (MCO) and any other transpotation documents, handle prepaid Ticlet Advice (PTA) and perform all clerical works ther with.

e.   Vist travel agent , other offices and individuals to promote sales for the prin-cipal.

f.   Provide the principal's agent and sub-agent with the traffic documents of the principal and supervise, assist and give proper instructions to them from time to time. such instructions shall include settlements of account between the General Sales Agent and the said sales agents.

g.   Display timetables and/ or other publicity materials provided by the princi-pal and distribute/ when required by the principal's sales agent and sub-agent, hotels and other interested parties. Such publicity materials shall re-main to be the property of the principal.



h.   Do its best to enhance good  will  towards the principal in its relations with the Governments, Regional bodies, Associations, the press and general public and represent the principal, at its request, in negotiations with the Governmemts and other outhorities exercising jurisdiction or control over air transportation business of the Principal in the Territory.

i.   Provid the principal with statistics and reports as required by the Pricipal.

j.   Provide the Pincipal with necessary information on all laws, taxes and others  pertaining to the implementation of this agreement.

k.   Provide services which the principal is committed to perform for other airline in accordance with the pricipal's instructions.

## ARTICLE -7

## QUALITY OF SERVICES

1-   The General Sales Agent shall follow to the best of its ability requests and instructions of the Principal as regards to the quality of services to be provided to the Principal under this Agreement.

2-   In absence of such instrutions or requests, services shall be furnished by the General Sales Agent in accordance with standerd industry practices and procedures.

3-   The General Sales Agent agrees to take all possible steps to ensure that the quality of the services furnished to the principal by the General Sales Agent, not less favorable than that givin to anybody else (including the General Sales Agent himself at the same location).

## ARTICLE -8

## INTERLINE AGREEMENTS

1-   This Agreement shall not affect any right or obligations resulting from any standard IATA Interline Traffic Agreement or similar interline agreement may the Principal has entered into with any third party.

## ARTICLE -9

## OBSERVANCE OF INSTRUTION AND TARIFFS

1-  The General Sales Agent shall observed accurately all tariffs, rules, regulations, instruction and information given by the Principal and shall be responsble to have the Principal's sales agents and sub- agents in the Territory do the same.

2-  The General Sales Agent shall comply with all applicable IATA Resolutions, Rules and Regulations in undertaking the serveces and functions as laid down in the Agreement.

3-  The General Sales Agent shall not vary, modify nor allow the Principal's sales agents and sub- agrents in the Territory to vary nor modify terms and conditions as set forth in the conditions of carriage or other publications of the principal.

## ARTICLE -10

## TRAFFIC DOCUMENTS

1-  The Pricipal may, at its option, provide the General Sales Agent with traffic documents in such manner as the Principal deems appropriate so as to enable the General Sales Agent, the Pincipal's sales agent sub- agents to actively engage in the sales of transportations over the Pricipal services and its Interline partner Services. Such documents shall remain at any time to be the property of the principal and shall be issued and used only in accordace in this Agreement. The General Sales Agent shell be responsible for the safe custody and care of such traffic documents while in its possession.

2-  The General Sales Agent may issue traffic documents for free and reduced fare transportations over the services of the principal with prior written approval of the principal

## ARTICLE -11

## REMUNERATIONS

1-  For all sales of air trasportations over the services of the principal's scheduled and non-scheduled flights including charters and on any connecting air transportations over the services of the principal's interline carrieres, effected in the Territory by the General Sales Agent, the Principal shall pay to

6




the General Sales Agent the commissions in accordanace with the applicable Resolutions, Rules and Regulations of IATA in force from time, provided that the traffic documents of the principal have been issued by the General Sales Agent itself. Such sales commission shall be:

a)   For International passenger : 9% pf the applicable fare and/ or the face value.

b)   For cargo:   5% of the carrier's charge applicable to the consignment.

2-   In addition to the sales commissions specified in the above paragragh, the principal shall pay to the General Sales Agent, an overriding commission on all sales made by the General Sales Agent, the Principal's sales agents and sub -agents under this Agreement and sales of trasportations over the principal's scheduled and non- scheduled services including cgarters effected in the Territory.
Such overriding commissions shall be

a)   For schedule passenger :  3% of the sector value of the actual fare.

b)   For cargo :   2 2/1% of the charge specified in the above paragragh 1- b.

3-   Notwithstanding the above in this Article, the sales and overriding commissions shall be paid to the General Sales Agent for sales of transportations over the principal's scheduled non- scheduled air services provided that the tickets are issued by the General Sales Agent in the Territory against prepaid Ticket Advice (PTA), if no sales nor overriding commissions are paid to any other General Sales Agent of the Principal.

4-   No commission shall be paid for any excess baggage weight charge, baggage valuation charge or taxes.

5-   The commissions payable under this Article shall constitute the sole and entire remunerations for all sales and services of air transportations over the services of the principal by the General Sales Agent this Agreement. Not with standing the fore going,however, nothing herein shall be construed to prohibit the principal from reibursing the General Sales Agent for expenses incurrd at the Principal request or authorization in writing which would normally be rechargeable to the principal or are of an exceptional nature and are not incurred in normally preforming such services by the General sales Agent.

6-   Notwithstanding the provisions in this Article, the sales and overriding com-

missions shall be paid to the General Sales Agnet for sales of transportations over the principal's scheduled and non- shceduled air services provided the tickets are issued on credi authorized by the principal far collection outside the Territory, if no sales nor over riding commissions are paid to any other General Sales Agent of the principal.

7- If a refund is made in whole or part any fare and/ or charge collected by the General Sales Agent effected with the Traffic documents of the principal, no commission shall be payable to the General Sales Agent for any sum so refunded.The General Sales Agent shall reimburse to the principal any commission have been paid in respect of the sum so refunded.

# ARTICLE -12

## ACCOUTANCY PROCEDURE

1- All monies collected or to be collected by the General Sales Agent for air transportations sold on behalf of the Principal including any commissions which the General Sales Agent is entitled to claim hereunder, shall be the property of the principal and shall be held by General Sales Agent in trust until satisfactorily accounted for and paid to the principal as provided herein.

2- The General Sales Agent shall submit a monthly sales reports (if no sales are made, submite a"no sales" report) for sales made by General Sales Agent through the use of the traffic documents of the principal within 15 days thereafter and remit any monies due for such sales under such condition and in such currency as the principal may so designate to the extent compatible with the foregin Exchange and Banking Rules in effect, so as to reach the principal's designated bank account within 15 days after each sales period after deducting the sales and overriding commissions as specified in paragraph 1 and 2 Article 11 of this Agreement.

3- Wher the principal's sales agents and sub- agents in the Territory who have been furnished with the traffic documents of the pricipal submit sales reports and remit the monies due to the General Sales Agent, the General Sales Agent shall submit such sales reports and remit the monies due to the principal in accordance with the procedures as liad down in paragraph 2 of this Article.

4- The General Sales Agent shall be responsible for delinquency and default in remittances to the principal with respect to sales of transportations made by the principal's sales agents and sub- agents in the Territory through the use of traffic documents of the principal.

8

5- The General Sales Agent shall render all possible assistance and coopera-
tions to the principal in the matter of transfer of the principal's monies due
as requested by the principal subject to the applicable laws and regulations
of the country concerned.

6- the principal shall issue necessary instructions to the General Sales Agent
pretaining to handling procedures for distributions of traffic documents,
sales reports, refunds and remittances, credit and debit notes and any other
accountancy proceedings.

7- The General Sales Agent shall debit the principal for all the expenses in-
curred as laid down in Articles 11,5.

## ARTICLE -13

## LIABILITY AND INDEMNITY

1- The GSA agreestoin demnify the principal its office demployees, shall belia-
blein case of any injury, loss, damage, claims liability fines and expenses
arising from negligen cebreach of this agreement by the GSA and /or its of-
ficer and employees.

2- The prencipal shall indemnify the GSA its officers and employees from any
claims liability, fines and expenses arising from the transportation per-
formed on the principal services or any other services provided by the prin-
cipal pursuant to sales made by GSA except to the extent that such claims,
liability, fines and expenses are caused by attyibuted to the GSA,its officers
and employees.

3- The GSA shall notify the principal of any claims and compensations paid to
the others. The liability of the principal shouled be specified according to
worsaw converntion of 1929 and its amendments according to the Hague
and Gwada Lagora Protocols.
the GSA shall provied the principal with all of the claims and compensa-
tion documents for further  actions in accordance with the liability rules re-
ferred to above.

4- The GSA shall be liable for the correct issuance of the principal's traffic doc-
uments, which are in the GSA'S possession.

## ARTICLE -14

9

## CONFORMITY TO THE LAWS AND IATA RESOLUTIONS

1- The provisions of this Agreement shall at no time be in conflict with laws including govermental rules, regulations and orders of the countries of the parties or any applicable Resolutions, Rules and Regulations of IATA.

2- Any provisions which contravene such laws or Ressolution, Rules and Regulations of IATA shall automatically and legally be cancelled with the date effectiveness of such laws or Resolutions, Rules, and Regulations of IATA and shall be revised accordingly by means of an amendment to the Agreement as provided in article 17 of this agreement.

3- Any changes in the applicable Resolutions, Rules and Regulations of IATA which affect this Agreement shall be considered to be automatically incorporated therein.

## ARTICLE -15

## IATA ENFORCEMENT RULES

1- The General Sales Agent is obliged to furnish to the duly authorised representative of the IATA Enforcement Office adequate and full opportunity to interview and obtain information and record from any officer or employee of the General Agent whom such representative has reason to believe is in possession of information relative to a complaint or other matter under investigation by such representative.

## ARTICLE -16

## ARBITRATION

1- I n the event of any dispute concerning the interpretation or application of this Agreement, such dispute shall be settled by both parties to the best of their ability among themselves for mutual benefit and within three days. If the parties here to fail to agree or solve the issue, the matter shall be referred to arbutral tribunal which of :

a.   One arbitrator appointed by the Principal.
b.   One arbitrator appointed by the GSA.
C.   The arbitrator 's of the two parties shall, upon their agreement nominate the chairmian of the tribunal, if they fail to do so, the chairman shall be appointed by the IATA Regional Manager.

10

2- The tribunal shall define it's own procedures and the governing law,/ or the law to be applied.

3- The loser party shall bear all the costs and expenses related to the arbitration.

## ARTICLE -17

## MODIFICATION AND ADDITIONS

Modification of or additions to this agreement must be approved in writing by the Head Office of both parties and shall be made in the form of addendum in writing attached as an Annex to and made apart of this agreement.

## ARTICLE -18

## CORRESPONDENCE

1- Of all correspondence regarding the performance of the agreement including notices provided for herein, copies will be sent to the respective local representatives, of any of the two companies. If the correspondence is addressed to the Head Office of either party and a copy of the Head Office of the corresspodence shall be sent to the Local representative.

## ARTICLE -19

## TITLES

1- Titles are inserted in this Agreement at the top of each article for the purpose of reference and convenience and in no way define, limit or describe the scope of intent of this Agreement.

## ARTICLE -20

## FINANCIALLINK

1- That at least 75% of the total annual sales in international air transportation under General Sales Agency Agreement are not controlled or originated by any firm, company or organization by which the General Sales Agent may be employed or with which it may be associated; provided that this limitation shall not apply to any transportation enterprise.

## ARTICLE -21



11

## FILING OF AGREEMENT

1- That Agreement shall, if necessary, be filed with the Government authorities and /or IATA by the respective party concerned. The costs and expenses incurred for such filing shall be borne by that party.

## ARTICLE -22

## STAMP DUTIES AND REGISTRATION FEES

1- All stamp duties and registration fees required for the implementations and establishments of this Agreement which may be prescribed under laws of eithrd party shall be fully borne by that party.

## ARTICLE -23

## EXECUTION AND TERMINATION

1- This Agreement supersedes any and all previous agreements and it shall be effective as of and shall continue in force until terminated by either party upon 60 days prior notice in writing to the other's Head Office.

2- notwithstanding the provisions of paragraph 1 of this Article either party may terminate this agreement at any time if the other party becomes insolvent, make general assignment for the benefit of creditors ,or commits an act of bankruptcy, or if a position in bankruptcy or for its reoganization or readjustment of its indebtedness be filed by or against it, or a receiver, trustees, or liquidator of all or substantially all of its property be appointed or applied for.

## ARTICLE -24

## BANK GUARANTEE

1- The General Sales Agent shall submit a Bank Guarantee to the Principal for the amount of.......USD.....100,000.....One Thousand Dollars...............

2- The General Sales Agent shall be responsible to remain the bank Guarantee fully in force for the period requied by the principal (as long as this agreement is in force.)

3- The Bank Guarantee shall be inured in case of following events:

a)   If the General Sales Agent becomes in default in performing any of the provisions of this Agreement, or commit gross negligence or wilful misconduct in fulfilling any obligations provided in this Agreement.

b)   If the General Sales Agent becomes insolvent, goes bankrupt, commits an act of bankruptcy, makes assignment for the benefit of or enter into any arrangement or composition with its creditors, or if a petition of bankruptcy or readjustment of its indebtedness is filed by other parties.

c)   If an order for winding up for liquidation of the General Sales Agent is givin against the General Sales Agent or a petition for winding up for liquidation of the General Sales Agent is filed by other parties or if a liquidator, provisional or final, for all or any of its property is appointed.

d)   If the General Sales Agent suffers execution of any of its property.

## ARTICLE -25

### GOVERNING LAW

This agreement and the Annex, hereto shall be governing and constituted in accordance with the law of Each of the Parties accept the exclusive jurisdiction of the Courts of ............... Egypt ..................................., in connection with this agreement.

IN WITNESS WHERE OF, the two parties hereto have caused this agreement to be executed, in duplicate in English, in their respective names and by the signature of their duly authorized officials hereto affixed.

For and on behalf                          For and on behalf
IRAQI AIRWAYS CO.                     The Horse Co. for Transportatio
                                                    And Tourism

BY..Naji..M.S...Al.Meshhedani.    BY Emad. Al-Saed AL -Gilda
Director General                          Chairman of Board

WITNESS .Iyad...Hamam......     WITNESS ...............................
Deputy D-G- Commercial

DATE...30...January..2001.        DATE...30....January..2001



محكمة شمال القاهرة الابتدائية

قسم الترجمة

ترجمة

اتفاقية وكالة عامة

أبـــرمت هذه الاتفاقية بين كل من شركة الخطوط الجوية العراقية المنشأة و المرخصة طبقا للقانون العراقي و مقرها الرئيسى مطار صدام الرئيس – بغداد – العراق ( طرف أول )

و شـــركة هــــوررس للســياحة و السفر ومقرها ٩ من الشهيد محمد جمال رضى – أرض الجولف – مصر الجديدة المنشأة و المرخصة طبقا للقانون المصري ( طرف ثان ) .

وشهد الطرفان بأن :

هذه الاتفاقية و بنودها تخضع لموافقة السلطات " كومية ... و اتفق الطرفان على الآتي :
( بند ١ )

التعيين :

الخطـــوط الجوية العراقية و يشار إليها بصفته الرئيس أو المالك ( طرف أول ) يعين شركة هوررس للسياحة و الســــفر و يشار إليها هنا الوكيل العام الأوحد فى مصر و تعيينها والقيـــــت على كل ما جاء فى بنود هذه الاتفاقية .
( بند ٢ )

حقوق كل طرف :

مـــا لم يستثن الطرفان على غير ذلك كتابيا ، فإن الطرف الأول لن يعين طرف آخر لتنفيذ أى عمليات منشـــابهة لمــا جـــاء فى بنود هذه الاتفاقية فى نفس الاقليم الذى حددت فيه أعمال الوكيل العام ( مع عدم الاخلال بالبند ٤ )
( بند ٣ )

التنازل عن الالتزامات



ما لم تنص هذه "الاتفاقية على غير ذلك فإن الوكيل العام قد وافق على أن لا يتنازل ، أو ينقل ، أو يفوض من ينوب عنه أو يقوم بالتزاماته الواردة في الاتفاق الحالي إلى أي طرف آخر دون موافقة كتابية من الطرف الأول .

( بند ٤ )

مالك المؤسسة و وكلاءه :

( أ ) الطرف الأول له الحق الكامل في اختيار من ينوب عنه و تأسيس مؤسسة في بلد الوكيل العام و إسناد أي مهام لمن ينوب عنه وفق ما يراه مناسبا له و يشمل هذا بيع تذاكر النقل ( سواء بطريق مباشر أو عن طريق الآخرين ) و الإشراف على الحجز و توظيف ، و إدارة مكاتب مبيعاته بالرغم من كونه و كيلا عاما له . يقوم الطرف الأول بإخطار الوكيل العام بالخدمات السابقة و نظم الخدمة لإنشاء هذه الوكالة طبقا للشروط التي وضعتها الآليات المنظمة للوكلاء المعتمدين .

( ب ) إذا رفض الوكيل العام بعد التشاورات وجود مندوب مبيعات تحت إشرافه .. يجوز للطرف الأول تعيين مندوب مبيعات و الإشراف عليه و تسليمه المستندات الخاصة به و محاسبته بطريقة مباشرة .

( ج ) من المتفق عليه أن هذه المؤسسة أنشأت في شكل شركة فرعية مستقلة لها وجود رسمي مملوكة للطرف الأول ناتج من اسم شركة الطرف الأول بمعنى لا يجوز تغيير اسم الطرف الأول نتيجة إنشاء هذه الشركة المشتركة .

( بند ٥ )

نطاق صلاحيات الوكيل العام :

( أ ) يتم تحديد صلاحيات الوكيل العام المخولة له من الطرف الأول بدقة و ذلك لاستخدامها داخل الإقليم المتفق عليه فقط .

( ب ) مع مراعاة نصوص هذه الاتفاقية فإن الوكيل العام يمثل الطرف الأول داخل الإقليم من حيث بيع تذاكر المسافرين و الشحن الجوي بالإضافة إلى الخدمات المطلوبة من الطرف الأول  ( خدمة طائراته ) أو الطائرات الخاصة بالشركات الأخرى ( شركات الطيران ) التي يمثلها الطرف الأول .

( بند ٦ )

الخدمات المطلوبة من الوكيل العام

تشتمل مزاولة الطرف الثانى لمهام الخدمات و التسويق على الآتى :-

( أ ) تسويق و عمل الدعاية اللازمة لأنشطة الطرف الأول .و تعيين الموظفين المختصين لمزاولة ذلك بكفاءة .

( ب ) توفير و إصلاح و تجديد الاماكن اللازمة لمزاولة الطرف الأول أعمال أعمال الطرف الأول فى بلد الوكيل العام ( الطرف الثانى ) .

( ج ) إيصال الأمانات المسلمة من الطرف الرئيس إلى أماكنها وفق تعليمات الطرف الأول .

( د ) إصدار تذاكر الطيران أو فواتير الخطوط الجوية او اخطارات الشحن او امر دفع المصروفات المختلفة او كلهم معا او مستندات النقل الاخرى او اصدار تذاكر مدفوعة الاجر وتنفيذ الاعمال الكتابية الخاصة بها .

( ه )زيارة شركات السياحة و المكاتب الأخرى و الأفراد و الهيئات لتنشيط مبيعات الطرف الأول .

( ف ) إمداد جميع مكاتب الطرف الأول ووكلائه و وكلاء الباطن بالمطبوعات و النشرات التسويقية و التعليمات المناسبة من وقت لآخر وكذا المستندات الخاصة بتسوية الحساب بين الوكيل العام و مندوبين المبيعات السابق ذكرهم .

( ق ) توزيع جداول الطيران او المطبوعات الورقية الاخرى الخاصة بمواعيد الرحلات الجوية و التى يوفرها الطرف الاول عندما يطلبها الوكيل العام او وكلاء الباطن من الفنادق او مثيلاتها .. كل هذه الأوراق سوف تبقى مملوكة للطرف الأول .

( ك ) بذل قصارى جهده لكسب ثقة الطرف الأول و تمثيله خير تمثيل أمام الجهات الحكومية والاقليمية و كذا الهيئات العامة والصحافة و المؤسسات والتفاوض مع الجهات الحكومية و القضائية التى لها سلطة على خدمات النقل الجوى فى اقليم الطرف الاول .

( ل ) تزويد الطرف الاول بالاحصاءات أول بأول و كذا التقارير التى يطلبها الطرف الاول.

( م ) تزويد الطرف الاول بالمعلومات الضرورية الخاصة بجميع القوانين و جميع المستجدات فى هذا الشأن طبقا لهذه الاتفاقية .

( ن ) أداء جميع الخدمات التى يلتزم الطرف الأول بتقديمهاو الخاصة بشركات الطيران الأخرى وفق تعليمات الطرف الأول.

( بند ٧ )

نوعية الخدمات :

١ –  يلتزم الطرف الثاني ببذل قصارى جهده لتقديم ما يطلبه الطرف الأول فما يتعلق بتحسين الخدمة
     التي يقدمها الطرف الأول بموجب هذه الاتفاقية .

٢ –  في حالة غياب التعليمات او اوامر الطرف الأول يقوم الطرف الثاني بتقديم الخدمات طبقا
     للمواصفات الدولية الملزمة لذلك .

٣ –  يتعهد الطرف الثاني باتخاذ جميع الخطوات الممكنة لضمان جودة الخدمات المقدمة للطرف الأول
     والتي لا تقل مطلقا عن نفس المستوى السابق أو مثيله في الشركات الأخرى ( كما لو كان
     الوكيل العام هو المالك لهذه الطائرات و خلافه ) .

( بند ٨ )

انفاقيات بينية :

هذه الاتفاقية لا تؤثر و لا تعطى النذر لأي من الحقوق والالتزامات الناشئة من اتفاقية الآياتا أو أي
اتفاقيات مشابهة أجراها الطرف الأول مع أى طرف ثالث .

( بند ٩ )

مراقبة الأسعار و التعليمات :

١ ) يلتزم الوكيل العام بمراقبة كل التعريفات و القواعد و القوانين و التعليمات و انعارمات التي يقيمها
    الطرف الأول و يكون مسئولا عن تنفيذها داخل بلده هو و وكالاءه .

٢ ) يلتزم الوكيل العام بكل القرارات الصادرة من منظمة الآياتا و كذلك قواعد ولوائح الخدمات
    الواردة في هذه الاتفاقية .

٣ ) غير مسموح للوكيل العام بالتغيير أو بالتعديل و أيضا لا يسمح بذلك ار كلائه  بالتغيير أو بالتعديل
    لأي من الشروط أو البنود الموضحة في شروط النقل او المطبوعات التي يضعها الطرف الأول .

( بند ١٠ )

مستندات الحركة " تذاكر الطيران "

١ –  يجوز للطرف الأول أن يمد الوكيل العام بمستندات للحركة " تذاكر الطيران " بالطريقة التي يراها
     الطرف الأول مناسبة حتى يتمكن الوكيل العام ووكلاء الرئيس ووكلاء الباطن من العمل في
     مبيعات تذاكر السفر الخاصة بخدمات الطرف الأول وخدمات شركاته .

تظـــل هذه المستندات ملكا خاصا للطرف الاول وله وحده الحق الكامل فى إصدارها و تداولها طبقا لهذه

الإتفاقيــة و عـلى الوكيل العام تحمل المسئولية الكاملة فى استخدام هذه المستندات و حمايتها ما دامت فى

حوزته .

٢ ـ يجـــوز لـلوكيل العام إستخراج تذاكر بمجانية أو مخفضة على خطوط نقل الطرف الأول و ذلك

بموافقة كتابية مسبقة من الطرف الأول .

( بند ١١ )

التعويض و المكافأة :

١ ـ يقوم الطرف الاول بسداد عمولة الوكيل العام على التذاكر الصادرة على خطوط طيران الطرف

الأول سـواء الأساسـية أو الإضافية أو استئجار الطائرات أو رحلات الخطوط الأخرى الخاصة

بخدمـات الطرف الأول و الصادرة من بلد الوكيل العام طبقا للوائح والقواعد والقوانين الخاصة

بمنظمة الآياتا المنظمة لذلك على ان يكون الوكيل العام هو الذي قام باصدار مستندات الطرف

الاول وتكون العمولة على المبيعات كالتالي :-

( أ ) المسافر الدولي : ٩ % من السعر الأساسي للتكلفة الحقيقية او القيمة الأسمية او كلاهما معا .

( ب ) البضاعة : ٥ % من رسوم نقل البضاعة المشحونة .

٢ ـ بالإضافة إلى العمولة على المبيعات الموضحة في الفقرة السابقة ، سوف يدفع الطرف الأول للوكيل

العام نسبة أخرى تشجيعية على كل المبيعات التي يصدرها الوكيل العام أو وكلاء الباطن بموجب هذه

الإتفاقيـة سـواء عـلى رحلاته العادية المنظمة او الإضافية السارية في بلد الوكيل العام ويتم توزيع هذه

العمولة على النحر التالي :-

( أ ) تذاكر الركاب : ٣ % من السعر الخاص بالقيمة الفعلية لهذا الجزء

( ب ) الشـــحن ٢.٥ % من السعر المحصل على ثمن نقل البضاعة المشحونة كما هو وارد في البند

أ ـ ب ١ .

ـ وعـلى الـرغم من ما جاء بالبند المذكور أعلاه ، فإن الطرف الاول يقوم بدفع العمولة ( الأساسية

أو التشــجيعية ) لـلوكيل العام عن التذاكر المستخرجة على ان يقوم الوكيل العام باصدار هذه التذاكر في

بـلده وان يكون ثمنها مدفوع مسبقا ، إن لم يكن هناك مبيعات ولا عمولات إضافية معجلة إلى أى وكيل

يومي آخر للطرف الأول .

- لا تمنح أى عمولات على أى رسوم صادر نتيجة وزن زائد للامتعة او ضرائب زائدة .

- النسب السابقة الممنوحة طبقا لما جاء فى هذا البند سوف تظل الوحيدة هى مكافأة لكل المبيعات لتذاكر الطيران على خطوط الطرف الأول للوكيل العام طبقا لهذه الاتفاقية بالرغم من مما سبق لا شيء منها سوف يمنع الطرف الأول من تعويض الوكيل العام عن نفقاته إزاء متطلبات الطرف الأول أو تعليماته الإضافية كتابيا مقابل الخدمات الإضافة التى عادة يقوم بها الوكيل العام. -

- و بالرغم مما ذكر سابقا فى هذا البند ، فإن عمولة المبيعات و العمولة التشجيعية سوف تسدد إلى الوكيل العام ، عن مبيعاته الإضافية على خطوط الطيران المنتظمة و الإضافية للطرف الأول و ذلك عن تذاكر الصادرة بطاقات الائتمان فى حساب الطرف الأول خارج مصر هذا فى حالة إن لم يكن هناك دولة أو عمولة إضافية يكون الطرف الأول قد سددها إلى وكيل عام آخر .

١- فى حالة وجود استرجاع كامل أو جزئى للتذاكر أو تحصيل أى مبالغ عن طريق الوكيل العام على أكبر الطرف الأول لا تسدد أى عمولة للوكيل العام عن أى مبالغ تم استردادها و بالتالى فإن الوكيل العام سوف يرد إلى الطرف الأول أى عمولة تكون قد بت له نتيجة هذا الاسترداد .

بند ١٢ النظام المحاسبى

أ) أى مبالغ يتم تحصيلها بواسطة الوكيل عن تذاكر السفر على خطوط الطرف الأول و أيضا العمولات المخول للوكيل العام تحصيلها تكون ملك خاص للطرف الأول لدى الوكيل العام بطريق الأمانة حتى يتم تسويتها بقناعة كاملة بين الطرفين و يتم توريدها إلى الطرف الأول على النحو التالى :

٢) يقوم الوكيل العام بتجهيز تقرير شهرى عن المبيعات طرفه ( و فى حالة عدم وجود مبيعات يصدر بذلك تقرير ) و ذلك من خلال التذاكر المسلمة لها خلال ١٥ يوم تالية و يدرج فيه كل تفاصيل مبالغ المبيعات كما هى صادرة و بأى عملة حيث أن الطرف الأول سوف يضع دوائر خاصة بالعملات الأجنبية و البنكية لهذا الغرض ، و تصل إلى حساب الطرف الأول فى البنك التابع له خلال ١٥ يوم تالية لكل فترة مبيعات و ذلك بعد خصم قيمة العمولات و العمولات الإضافية الممنوحة فى المقطع الأول و الثانى من البند الحادى عشر لهذه الاتفاقية .

٣) حيث توجد مكاتب المبيعات للطرف الأول و المكاتب التابعة له داخل قطر الوكيل العام و التى لديها سلطة إصدار تذاكر المبيعات و تقوم بتسليم الوكيل العام بتقرير المبيعات و كذلك مبالغ المبيعات للوكيل العام فإن الوكيل العام سوف يقوم بدوره بإرسال هذه التقارير و المبالغ المجمعة للمبيعات إلى الطرف الأول طبقا للشروط الواردة فى المقطع ٢ فى هذا البند .

٤ة الوكيل العام يكون مسئولا عن تأخير المبالغ أو الأخطاء (إن وجدت) إلى الطرف الأول سواء منه أو من المكاتب التابعة له أو مكاتب الطرف الأول فى داخل قطر الوكيل العام.

٥ة يلتزم الوكيل العام بتقديم كافة التسهيلات الممكنة و التعاون الكامل مع الطرف الأول فى مسألة تحويل أموال الطرف الأول كما يطلبها طبقا للـ١ و اللوائح و القوانين المعمول بها داخل قطر الوكيل العام.

٦ة الطرف الأول سوف يمد الوكيل العام بكافة أنواع التذاكر و المستندات التى تسجل عملية البيع على محطاطه و أيضا تقارير المبيعات و الإسردادات التى تم تخصمها و كروت الائتمان المستعملة فى كافة أنواع البيع.

٧ة الوكيل العام سوف يرسل إلى الطرف الأول الفواتير عن كل تكلفة صادرة فى هذا الشأن طبقا للبند .٥،١١

بند ١٣ : المسئولية القانونية و التأمين ضد الأخطار و الخسارة.

١ة مسئولية: الوكيل العام تجاه مكاتب الطرف الأول تكون كاملة فى حالة الأضرار ، الفقد ،الخسارة على نفقته طبقا لهذه الاتفاقية الموقع عليها الوكيل العام أو من ينوب عنه أو أحد الموظفين المختصين.

٢ة سوف، يؤمـن (يعوض) الطرف الأول الوكيل العام أو صبادله أو موظفيه عن أى أضرار ناجمة ، غرامات أو مصاريف ناجمة عن النقل المقدم على، خدمات الطرف الأول (تذاكر ، شحن) أر على الخطـوط الأخـرى المنـتفعة عـن طريق الطرف الأول لدى الوكيل العام فيما عدا تلك الأضرار ، الغرامات ، المصاريف التى تنشأ عن أخطاء أو إهمال الوكيل العام أو صباده أو موظفيه.

٣ة يقـوم الوكيـل الـ        بلغ الطرف الأول عن أى شكاوى أو إلزامات، دفعيا للآخرين، المسئولية القانونية للطرف الأ    دد طبقا لاتفاقية وار    الدولية عام ١٩٢٩ و تعديلاتها طبقا لبروتوكول HAGUE and GWADA lagora    يقـوم الوكيـل العـام بإمداد الطارف الأول بمستندات تلـك الشـ    أو الالتزامات تجاه الآخرين لاتخاذ الإجراءات اللازمة طبقا للمسئولية القانونية فى هذا الصدد.

٤ة الوكيـل العـام مسـئول قانونا عن الإصدار و الاستخدام الصحيح لكل مستندات الطرف الأول ( تذاكر و خلافه ) و التى فى حوزته فقط.

بند ١٤ : الإلتزام بقرارات و قوانين الآ١    .
ل) تتفق شـروط هذه الاتفاقية ولا تتعارض بأى، حال من الأحوال مع القوانين و القواعد الح النظم المعمول بها داخل بلاد كلا الطرفين بالإضافة الى قوانين و قواعد ل منظمة الآيانا الدولية،

٢) أذا اخـلت نصوص هذه الاتفاقية بما هو منصوص عليه في قوانين و قواعد الاتفاقية الدولية ( الآياتا )
فـان هـذه الاتفاقية تصبح لاغية من تاريخ سريان قوانين و قواعد إتفاقية الآياتا ويتم تعديل الاتفاقية
طبقا لما جاء في البند ١٧ من هذه الاتفاقية .

٣) اذا حـدث أي تغيير في قواعد و لوائح وقوانين الآياتا التي تؤثر بدورها على هذه الاتفاقية فاًها تعتبر
مازمة لكلا الطرفين الموقعين .

بند ١٥ : تنفيذ تعليمات الآياتا .

الوكيـل العـام ملتزم التزاما تاما بان يزود ممثل منظمة الآياتا المفوض تفويضا صحيحا الفرصة الكاملة في
مقابـلة الوكيل العام و حصوله منهم على معلومات تتعلق بأي شكوى او مشكلة لأي سبب من الاسباب
ثم يقوم بالتحقيق فيها .

بند ١٦ : التحكيم .

١ - فى حالـة حـدوث أى نـزاع يتعلق بتفسير او تطبيق هذه الاتفاقية ، فإنهعلى كلا الطرفين ان يبذلا
الجهـــود القصـوى لحل هذا النزاع فيما بينهم بالطرق المناسبة خلال ٣ أيام فقط و إن لم يتم التوصل
لايجاد حل يجب عليهم ان يختاروا لجنة التحكيم بالطريقة الاتية :

١. يقوم الطرف الأول بتعيين محكم .
٢. يقوم الوكيل العام بتعيين محكم .
٣. يقوم محكمين كلا الطرفين بالتشاور فيما بينهم بتعيين رئيس للجنة التحكيم واذا فشلا
في ذلك يقوم مدير منظمة الآياتا الاقليمى بتعيين رئيس لجنة التحكيم .

٢ - تقوم لجنة التحكيم بتحديد اجراءاتها والقانون الحاكم .

٣ - الطرف الخاسر سوف يتحمل كل التكلفة و النفقات الناجمة عن إجراء التحكيم .

بند ١٧ : الإضافة و التعديل .

عـند حـدوث أى إضافة أو تعديـل فى هذه الاتفاقية لابد أن تتم عليه الموافقة كتابيا من قبل انكاتب
الرئيسية لكلا الطرفين وان تكون في هيئة مذكرة كتابيه يتم ارفاقها كملحق لا يتجزأ من هذه الاتفاقية .

بند ١٨ : المراسلات .

٨



١- يتم ارسال نسخة من كل المراسلات الخاصة بتنفيذ هذه الاتفاقية و الشاملة للملاحظات المدرجة في هـذه الاتفاقيـة الى الممثل المحلي، لكل من الشركتين و فى حالة المراسلات الموجهة إلى المركز الرئيسي لأي من الطرفين يتم إرسال صورة منها إلى الوكيل المحلى .

بند ١٩ المسميات

٢- ان الغـرض المسـميات المدرجة فى هذه الاتفاقية على قمة كل بند هو الإشارة و الملائمة فقط و ليس لها مدلول آخر فهو يحدد أو يصف الغرض من هذه الاتفاقية .

بند ٢٠ الربط المالي

٣- إنـه على الأقل ٧٥ % من إجمالي المبيعات السنوية على الخطوط الدولية فى إتفاقية الوكيل العام لابـد. أن يكون منشأها و إصدارها ليس عن طريق كيان آخر أو شركة أو مؤسسة أخرى ينشأها أو يعينها الوكيل العام أو يكون شريكا بها أو يكون هو مؤسسها ، و من هنا على هذا التحديد لا ينطبق على أى مؤسسة أخرى للنقل الجوى .

بند ٢١ حفظ الاتفاقية ( توثيقها )

٤-- إذا كـان مـن الضروري أن هذه الاتفاقية يصدق عليها من الجهات الحكومية أو مسئولي الآيانا المعنيين فإن تكلفة هذا التصديق تقع على مسئولية الوكيل العام .

بند ٢٢ الدمغات و رسوم التسجيل .

٥- يـتحمل كل طرف كافة الدمغات و رسوم التسجيل المطلوبة لتنفيذ هذه الاتفاقية وجبايها رسمية ،و تأسيسها طبقا لقوانين كلا الطرفين .

بند ٢٢ : التنفيذ والاهاء .

١ تـبطل هذه الاتفاقية كل ما سبق و تكون سارية المفعول ابتداء من ١/ ٢ / ٢٠٠٢ و تكون سارية و مـلزمة لكـل مـن الطرفين و لن يتم إلغاءها من أى من الطرفين قبل إعطاء الطرف الآخر إنذارا بالإلغاء مكتوب بفترة لا تقل عن ٦٠ يوما إلى المكتب الرئيسي للطرف الآخر .

٢ و بالـرغم مـا ذكر سابقا فى الفقرة ١ من هذا البند يستطيع كل طرف إفاء هذه الاتفاقية فى أى وقت فى حالة إفلاس الطرف الآخر أو انحيازه إلى مصلحة الدائنين أو صدر ضده إفلاس بنكي أو فى موقف المفلس بـنكيا أو إعـادة هيكلته أو تم رفع ضده قضايا أو شهر عدم الثقة أو تم تسجيل خطابات ضمان أو وضع الحراسة على ممتلكاته أو صدر ضده ما شابه ذلك .

٩



بند ٢٤ : الضمان البنكي

١ - يلتزم الوكيل العام بتقديم خطاب ضمان بنكي للطرف الأول بمبلغ قيمته ١٠٠,٠٠٠ دولار لجنة التحكيم ( مائة ألف دولار ) امريكي

٢ - يكون الوكيل العام مسئولا عن إبقاء خطاب الضمان ساري المفعول لدى الطرف الأول طيلة فترة التعاقد (طالما كانت هذه الاتفاقية سارية المفعول)

٣ - يتم تسييل خطاب الضمان فى حالة حدوث الآتي :-

(أ) عجز الوكيل العام عن تنفيذ أى بند من بنود هذه الاتفاقية أو تسبب فى إهمال جسيم أو لم يتبع كل الالتزامات المنصوص عليها فى هذه الاتفاقية .

(ب) افلاس الوكيل العام أو تعسره أو انحيازه أو مساهمته إلى مصلحة الدائنين أو صدور إفلاس بنكي ضده أو وضعه تحت الحراسة .

(ج) صدور أمر بتصفية الوكيل العام لهائيا أو أمر فرض عليه من قبل أطراف أخرى لحماية مصالح الآخرين سواء كانت هذه التصفية لهائية او مؤقتة .

(د) مجاناة الوكيل العام من صدور حكم قضائي ضده .

بند ٢٥ : القانون الحاكم .

تخضع هذه الاتفاقية و ملحقها للقوانين الحاكمة في بلد كل طرف و قد وافق كل من الطرفان أن تكون المحكمة فى مصر هي الجهة المختصة للفصل فى بنود هذه الاتفاقية .

اثباتا لما سبق تحررت هذه الاتفاقية من نسختين طبق الأصل بالانجليزية باسماء كلا الطرفين وترقيع ممثليهم المفوضين تفويضا صحيحا

عن شركة هورس للسياحة و السفر
السيد / عماد السعيد الجلدة
رئيس مجلس الادارة
شاهد

عن شركة الخطوط الجوية العراقية
السيد / ناجي المشهدان
المدير العام
شاهد
السيد / أياد همام
المدير التجاري التنفيذي

تاريخ : ٢٠٠١/١/٣٠