# EXHIBIT D

شركة الخطوط الجوية العراقية

الدائرة التجارية

Iraqi airways Co.

العـــدد :

التــاريخ :

ملحق عقد الوكاله العامه الموقع
بين الشركه العامه للخطوط الجويه
العراقيه وشركه هورس للسفر والسياحه

الطرف الاول : الشركه العامه للخطوط الجويه العراقيه يمثلها المديـــر
العام السيد ناجي محمد صالح المشهداني •

الطرف الثاني : شركه هورس للسياحه والسفر ٩ شارع الشهيد محمد جمال برعـــي
ارض الجولف ــ مصر الجديده / القاهره ــ جمهوريه مصر العربيـــه •
ويمثلها مديرها السيد عماد السعيد يوسف سعد الجلده •

اتفق الطرفـــــــان

٠١ تعيين الطرف الثاني وكيلا "عاما" للشركه العامه للخطوط الجويه العراقيه في جمهوريه
مصر ابتداء "من " ١٥ / ٣ / ٢٠٠١ وتسرى شروط الاتفاقيات الدوليه التي تنظم عقــد
الوكاله على هذا العقد ، اضافه الى الشروط المدرجه في هذا الملحق والتي تعتبـــر
جزء لا يتجزء من عقد الوكاله •

٠٢ يمارس الطرف الثاني نشاطه التجارى والتسويقي من خلال مكاتبه ومكتب شركه الخطوط
الجويه العراقيه في القاهره •

٠٣ يمارس الطرف الاول اعمال الاداره والمتابعه والحجوزات الخاصه لسفر الموفدين ـــــ
الحكوميين واصدار تذاكر السفر لهم ويتحمل مسؤوليتها اداريا "وماليا " •

٠٤ يتحمل الطرف الثاني رواتب موظفي مكتب الخطوط الجويه العراقيه (الطرف الاول ) في
القاهره ومطار القاهره ، ويلتزم الطرف الثاني ويتحمل كافه استحقاقات الموظفيـــن
المذكورين وفق الاحكام والتشريعات القانونيه المطبقه في هذا المجال وان عـــــدد
الموظفين المنسبين قابل للزياده حسب ظروف العمل وبموافقه تحريريه صادره من الطرف
الاول •

٠٥ يتحمل الطرف الثاني اجور وكلف النداءات الهاتفيه والتلكس والفاكس الصادره من مكتب
الطرف الاول في القاهره الى مركز الشركه في بغداد ووكلائه ومكاتبه في الخارج مـــع
تحمله اجور الماء والكهرباء والتكييف واجور رسوم التأمين على المكتب والسياره والتسجيل
والكفاله على السياره •

٠٦ يلتزم الطرف الثاني بدفع بدلات الايجار السنويه لمكتب الطرف الاول في كل من مديـــه
القاهره ومكتب الشركه في مطار القاهره ، ابتداء من تاريخ تحمله مسؤوليه الوكاله •
كما يتحمل ايه مصروفات أو نفقات تترتب على زياده بدلات الايجار وفق التشريعـــــات
القانونيه النافذه •

العراقية

شركة الخطوط الجوية العراقية

الدائرة التجارية

Iraqi airways Co.

العــدد:
التاريخ :

٠٧ يتحمل الطرف الثاني راتب محامي الطرف الاول والمنسب للعمل والبالغ(٥٠٠) خمسمائه جنيه مصري شهريا "واء ن الراتب قابل للزياد ه وبموافقه تحريريه من قبل الطرف الاول •

٠٨ يتحمل الطرف الثاني رسوم واجور الاشتراك السنوى للسيتاوالتلكروالمحطه اللاسلكيه في المطار وجهاز الحجز ( ) ورسوم الاشتراك في لجنه شركات الطيران العامه ( ) •

٠٩ يتحمل الطرف الثاني اجور التنظيف والادامه والصيانه لمكاتب الطرف الاول في القاهره وكذلك صيانه وادامه الاجهزه العامه فيها •

٠١٠ يتولى الطرف الثاني وعلى نفقته الخاصه تاءمين كافه احتياجات مكاتب الطرف الاول في القاهره والمحطه من القرطاسيه •

٠١١ يلتزم الطرف الثاني بتحمل نفقات الدعايه والاعلان الظروريه لمكاتب الطرف الاول •

٠١٢ يتحمل الوكيل العام نفقات ومصاريف الضيافه واجور الفنادق لموفدين الطرف الاول الرسميين والهيئات والتبرعات وايه نثريات اخرى •

٠١٣ يلتزم الطرف الثاني بصيانه وادامه المكتب وتاء ثيث المكتب للطرف الاول في المدينه والمطار وبما يتناسب ومكانته استعد ادا " للعمل المستقبلي وبالتنسيق مع مدير المكتب •

٠١٤ يلتزم الطرف الثاني بتحمل نفقات اشتراك موظفي المكتب بالدورات التدريبيه والتطويريه التي يتطلبهاساير العمل •

٠١٥ يتحمل الطرف الثاني تاءمين الزى الموحد للموسمين الصيفي والشتوى للعاملين في مكتب الطرف الاول في المدينه والمطار •

١٦ يتولى الطرفان المتعاقدان بحسم كافه المستجدات والخلافات التي تظهر بينهما بالطرق الوديه ، وفي حاله عدم التوصل الى حسم مايستجد من امور او خدمات بين الطرفيــن يحل عن طريق لجنه التحكيم يتفق عليها الطرفين المتعاقدين •

٠١٧ يتعهد الطرف الثاني بتحديث سيارات المكتب والمطار خلال فتره الوكاله وتسجل باء سم الشركه العامه للخطوط الجويه العراقيه وكما يلي :—

أ• سياره لاستخدام مدير المكتب في القاهره وسياره لمدير المحطه عند التشغيل •

ب• سياره للضيوف الرسميين تبقى لدى الطرف الثاني وتطلب عند الحاجه من الطرف الاول •

ج• يتحمل الطرف الثاني صرف اجور الوقود والزيوت الى سيارات المكتب في المدينه والمطار والتي يتم استخدامهامن قبل الموظفين •

٠١٨ يتحمل الطرف الثاني بتصفيه وتسديد كافه المبالغ والديون المترتبه بذمه الطرف الاول من تاريخ غلق المكتب عام ١٩٩١ التاريخيه اعلا مصب الضعف المرقم،

١٩. يبذل الطرف الثاني المساعى لدى هيئة ميناء القاهرة الجوى حركة بصل الطيران بخصوص المبالغ المستحقه لها بصل الطرف الدول لغرض تخفيض الديون مع الهيئة لمصلحة لصدر الطرف الاول . حماد السيد الحله

**شركة الخطوط الجوية العراقية**

الدائرة التجارية

**Iraqi airways Co.**

العــــدد:

التـــاريخ :

٠٢٠ اشاره الى الفقره ٢٤ من عقد الوكاله القياسيه الموقع بين الطرفين فان الطــــرف الثاني يتعهد بما يلي :ـ

٠ا• تقديم كفاله مصرفيه بمبلغ (٢٠٠،٠٠٠) مائتا الف دولار حال بدء التشغيل واستلام ـ المستندات السفريه الخاصه بالطرف الاول وممارسه النشاط التجاري من خلالهـــا •

ب• تقديم كفاله مصرفيه بمبلغ (١٠٠،٠٠٠) مائه الف دولار كضمان لحقوق الشركه حاليا " وتستبدل بالفقره (١• ) عند بدء التشغيل •

٠٢١ مده عقد الوكاله العام لمده ٢ سنوات بعد التشغيل لطائرات الطرف الاول وممارســــه الخطوط الجويه العراقيه نشاطها التجاري وقابله للتجديد باء تفاق الطرفين •

٠٢٢ يعتبر العقد ساري المفعول بعد استحصال الموافقات الا صوليــــه •

عماد السعيد الجلبه

الطرف الثاني
عماد السعيد الجلـــده
رئيس مجلـس الاد اره
شركه هورس للسياحه والسفر

الطرف الاول
ناجي محمد صالح المشهد اني
المد يرالعام للشركه العامـه
للخطوط الجويه العراقيه



1                                              d:\Wd76\Horse2

Iraqi Airways Company
Commercial Circuit

Issue :
Date  :

<u>Appendix to General Agency Contract</u>
<u>Signed Between Iraqi Airways Company</u>
<u>& Horse Tours & Travel Company</u>

<u>First Party</u> :

Iraqi Airways Company, represented by the General Manager
Mr. Nagy Mohamed Saleh El Mashhadany.

<u>Second Party</u> :

Horse Tours & Travel at 9 El Shaheed Mohamed Gamal Boraee
St., Ard El Golf, Heliopolis, Cairo, Arab Republic of
Egypt; represented by its Manager Mr. Emad El Saeed Youssef
Saad El Galda

Both parties have agreed on the following :

1. The appointment of the Second Party as general agent for
   Iraqi Airways Company in the Republic of Egypt as from
   15 Mar. 2001. The terms and conditions of international
   agreements that regulate the agency contract shall apply
   to this contract in addition to the terms and conditions
   mentioned in this appendix; considered integral part of
   the agency contract.

2. The Second Party shall practice its commercial and
   marketing activity through its offices and the office of
   Iraqi Airways Company in Cairo.

3. The First Party shall practice the administrative work,
   follow up and reservations for the travel of
   governmental delegates and shall issue travel ticket for
   them. It shall bear their responsibility
   administratively and "financially".

I, Karim Nemah, hereby affirm that I am competent to translate
the attached document from Arabic into English and that the
translation is accurate.

2                                                    d:\Wd76\Horse2

4. The Second Party shall bear the salaries of the staff of Iraqi Airways Company (First Party) in Cairo and Cairo Airport. The Second Party shall comply with bearing all dues of the said staff pursuant to the provisions and legal legislation applied in this field; considering that the number of staff could be increased according to the circumstances of work by a written consent issued by the First Party.

5. The Second Party shall bear the wages and cost of telephone calls, telexes and faxes issued by the office of the First Party in Cairo to the head office of the Company in Baghdad, and its agents and offices abroad; in addition to bearing the costs of water, electricity, air-conditioning and the fees of insuring the office and the car in addition to the car's registration fees.

6. The Second Party shall comply with paying the annual rent allowances for the office of the First Party in Cairo and the office of the Company at Cairo Airport as from the date of bearing the responsibility of the agency. It shall also bear any expenses entailing from increasing the rent allowance pursuant to the legal legislation in force.

7. The Second Party shall bear the salary of the First Party's lawyer amounting to EGP 500.00 per month. This salary is liable to be increased by a written consent from the First Party.

8. The Second party shall bear the fees and wages of the annual subscription to the CITA, the telex, radio station at the airport and the reservation machine, and the subscription fees to the Public Airline Companies Committee.

9. The Second Party shall bear the cost of cleaning, conservation and maintenance of the First Party's office in Cairo as well as the maintenance and conservation of the general equipment in them.

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif,St. Heliopolis
Tel. 2567808 – 4506219
37. Kasr El Nil St., Cairo
Accurate True Translation

3                                              d:\wd76\Horse2

10. The Second party shall assume at its own expense securing all requirements of the First Party's office in Cairo and the station with regards to stationery.

11. The Second Party shall comply with bearing the necessary advertisement and publicity expenses for the offices of the First Party.

12. The general agent shall bear the entertainment expenses and hotels' fares for the official delegates and authorities of the First Party, donations and any other sundries.

13. The Second Party shall comply with the maintenance and conservation of the office and with furnishing the office of the First Party in the city and at the airport in the manner that agrees with its standing in preparation for future business in coordination with the office manager.

14. The Second party shall comply with bearing the subscription expenses of the Office staff to training and developmental courses required by the good progress of business.

15. The Second party shall provide uniforms for the summer and winter seasons for the staff of the First Party's office in the city and at the airport.

16. Both contracting parties shall assume resolving all developments and disputes that arise between them amicably. If reaching a solution for developing issues or services between both parties could not be achieved, they shall be resolved by way of an arbitration panel to be agreed upon by both contracting parties.

17. The Second Party hereby undertakes to update the cars of the office and the airport during the agency period which shall be registered in the name of Iraqi Airways Company as follows :

---

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif, St. Heliopolis
Tel. 2567808 – 4506219
37, Kasr El Nil St., Cairo
Accurate True Translation

4                                               d:\wd76\Horse2

   A. One car for the use of the Office Manager in Cairo and one car for the Station Manager at the start of operation.

   B. One car for official guests, which shall be left with the Second Party; to be requested when needed by the First Party.

   C. The Second Party shall pay the cost of fuel and oil for the cars of the Office in the city and at the airport that are used by the staff.

18. The Second Party shall bear the liquidation and settlement of all amounts and debts entailing on the First Party since the date of closing the Office in 1991 according to the enclosed statement.

19. The Second Party shall exert efforts with Cairo Airport Authority and EgyptAir Company in connection with the amounts due to them with the First Party on its behalf in an attempt to cancel or reduce the debts with the said entities in favor of the First Party.

20. With reference to Paragraph 24 of the standard agency contract signed between both parties, the Second Party hereby undertakes the following :

   A. Submitting bank guarantee in the sum of US$ 200,000.00 (two hundred thousand dollars) at the time of starting operation and receiving the travel documents of the First Party through which it shall practice its commercial activity.

   B. Submitting bank guarantee in the sum of US$ 100,000.00 (one hundred thousand dollars) as guarantee for the rights of the Company at the present, which shall be replaced by Paragraph A at the time of starting operation.

21. The duration of the general agency contract is 3 years from the start of operation of the First Party's planes and the practice of Iraqi Airways to its commercial activity; renewable by the agreement of both parties.

---

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif St. Heliopolis
Tel. 256 868 - 4506219
37. K... EL N... Cairo
Tel.3922124
Accurate True Translation

5                                          d:\Wd76\Horse2

22. The contract shall be considered valid and in force
    after obtaining the official approvals.

    Second Party                First Party

Emad El Saeed El Galda    Nagy Mohamed Saleh El
Mashhadany
Chairman of Board of      General Manager of Iraqi
    Directors                 Airways Co.
    (Signed)                 (Signed)


Seal : Iraqi Airways Co.

2 MAY 2011

I, Karim Nemah, hereby affirm that I am competent to translate
the attached document from Arabic into English and that the
translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif St. Heliopolis
Tel. 2578808 - 4506219
37. Cairo
Tel.3922124
Accurate True Translation