# EXHIBIT E

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
Sherif St. Heliopolis
Tel. 2567808 - 4506219
37. Kafr El ish St. Cairo
Tel. 3922124
Accurate True Translation

1

d:\wd76\Horse4

## Meeting Transcript

On Monday, 29 Aug. 2005 a meeting was held between Iraqi Airways Company and Horse Tours & Travel, the general agent inside the Arab Republic of Egypt with the purpose of the reactivation of opening a line for passenger flights and transport, and a shipping line for the route Baghdad-Cairo-Baghdad and operate scheduled flights on the planes of Iraqi Airways.

Pursuant to the current negotiations held on 26 and 27 Aug. 2005 in the presence of the signatories to this transcript, agreement has been reached on the following :

1. Reactivating the agency contract and its appendix signed between Iraqi Airways Company and the general agent Horse Tours & Travel Company dated 30 Jan. 2001 and its appendix dated 15 Mar. 2001.

2. Approving the amendment of Paragraph A of Article 20 mentioned in the appendix pertaining to the bank guarantee to become (increasing the bank guarantee by a sum of US$ 100,000.00 (one hundred thousand American dollars) to become US$ 200,000.00 (two hundred thousand American dollars) to be submitted during operation and receiving the travel documents of the First Party and practicing the commercial activity).

3. Canceling Paragraph B of Article 20 of the same appendix.

4. The general agent shall follow up the obtainment of the original approvals to operate the line Baghdad-Cairo-Baghdad for the commercial side of the delegation to deliver the technical requirements including the aircraft and insurance certificate, their registration and delivery with the flight schedules to the Egyptian aviation authorities to study and extract the operation approvals.

5. The general agent shall settle the entailing amounts for the cost of ground services, fuel, takeoff and landing fees, taxes and fees and aircraft fueling in Cairo airport temporarily, provided that they would be settled by Iraqi Airways after Horse Tours and Travel would submit original request statements to Iraqi Airways.

2 MAY 2011

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
i 4(a) Sherif,St. Heliopolis
Tel. 2567808 - 4506219
37. Kafr El ish St. Cairo
Tel.3922124
Accurate True Translation

2                                               d:\wd76\Horse4

The amount shall be settled between both parties and paid on a monthly basis.

6. The general agent shall exert due diligence to extract entry visas for Iraqi travelers arriving to Cairo from Baghdad. A sum of US$ 30.00 (thirty American dollars) shall be paid on each passport, provided that a copy of the passport would be delivered within ten days prior to departure. The staff of Iraqi Airways and their families shall be exempted from the visa fee.

7. The general agent shall prepare comprehensive advertising campaigns for operating the flights of Iraqi Airways and their promotion inside the Arab Republic of Egypt.

8. The general agent shall issue a bank guarantee for the two fuel contracts, ground services and aircraft fueling on behalf of Iraqi Airways at the start of operation until Iraqi Airways issues them subsequently and return the guarantee to the general agent.

9. Amending the commission of the general agent with regards to travelers mentioned in the general agency contract in Article 11 to become 7% for travelers plus 3%. Regarding shipping, the commission shall be 5% plus 2%. The travelers' rate amounting to 7% shall be reconsidered upon achieving profits from operation.

10. The duration of the agency contract is three years from the start of actual operation; automatically renewable for another similar period and so on automatically unless either party notifies the other of its desire not to renew it at least sixty days prior to the expiry of the renewed period by registered mail with acknowledgement of receipt. Neither party shall be entitled to request dissolution or nonrenewal unless a grave error is committed by the Second Party.

11. Completing the finishing works of Iraqi Airways Company in Cairo which includes the following :

---

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif St. Heliopolis
Tel. 25/7808 - 45 06219
37. Cairo
Tel.3922124
Accurate True Translation

3                                                          d:\wd76\Horse4

  A. Exterior finishing works for the office.
  B. Equipping the Company's rooms with computers and calculators.
  C. Changing the air-conditioners.
  D. Hanging a large map of the world behind the counter and the name of Iraqi Airways beneath the map in green marble.

12. The general agent, Horse Tours and Travel shall continue working by the general agency granted thereto dated 30 Jan. 2001. The agency appendix dated 15 Mar. 2001 and the meeting transcript signed on 27 Aug. 2005 shall be considered integral part of the general agency contract signed between both parties and shall abrogate whatever contradicts the foregoing.

The transcript was closed after agreeing on the above and was signed by both parties.

Mr. Youssef El Saeed Youssef      Captain Abd Aly Aboud
  Managing Director      Chairman of Board of Directors
  Horse Tours & Travel        & General Manager
    (Signed)          Iraqi Airways Company
                   (Signed)

2 MAY 2011

I, Karim Nemah, hereby affirm that I am competent to translate the attached document from Arabic into English and that the translation is accurate.

Authorship & Translation
Scientific Bureau
FOUAD NEMAH
14(a) Sherif St. Heliopolis
Tel. 2567808 / 4509219
37 Kasr El Nil, Cairo
Tel.3922124
Accurate True Translation

<u>محضر اجتماع</u>

إنه في يوم الاثنين الموافق ٢٩ـ٨ـ٢٠٠٥

تـم عقد اجتماع بين كل من الشركة العامـة للخطوط الجوية العراقية وشركة هورس للسياحة والسفر الوكيل العام داخل جمهورية مصر العربية وذلك لغرض إعادة تفعيل فتح خط طيران ونقل المسـافرين والشـحن للقطـاع بغداد ـ القاهرة ـ بغداد وتسير رحلات جويـة منتظمة بطائرات الشركة العامـة للخطوط الجويـة العراقية وبناء على المفاوضـات الجاريـة في التواريخ ٢٦/٢٧/٨/٢٠٠٥ وبحضور السادة الموقعين على هذا المحضر فقد تم الاتفاق على ما يلي :-

١ ـ إعادة تفعيل عقد الوكالة وملحقة الموقع بين الشركة العامة للخطوط الجوية العراقية والوكيل العام شركة هورس للسياحة والسفر المؤرخين في ٢٠٠١/١/٣٠ وملحقة في ٢٠٠١/٣/١٥

٢ ـ الموافقة على تعديل الفقرة ( أ ) من البند ( ٢٠ ) الوارد بالملحق والخاصة بالكفالة المصرفية وتصبح ( زيادة قيمة الكفالة المصرفية بمبلغ ١٠٠٠٠٠ $ ( مائة الف دولار امريكي ) بحيث تصل الى ٢٠٠٠٠٠ $ ( مائتان الف دولار امريكي ) تقدم خلال التشغيل واستلام المستندات السفرية الخاصة بالطرف الأول وممارسة النشاط التجاري)

٣ ـ إلغاء الفقرة ( ب ) من البند ( ٢٠ ) بذات الملحق

٤ـ يقوم الوكيل العام بمتابعة إستحصال الموافقات الأصولية لتشغيل خط بغداد ـ القاهرة ـ بغداد لقيام الجانب التجاري في الوفد بتسليم المستلزمات الفنية المتضمنه شـهادة الطائرات والتامين وتسجيلها وتسـليمها مـع جداول التشـغيل إلى سلطات الطيران المصري لغرض دراستها وإستحصال موافقات التشغيل

٥ ـ يقوم الوكيل العام بسداد المبالغ المترتبة عن اجور الخدمات الأرضية ـ الوقود ـ ومصاريف الإقلاع والهبوط ـ الضرائب والرسوم ـ تموين الطائرات في مطار القاهرة بشكل مؤقت على أن يتم تسديدها من قبل الخطوط الجوية العراقية بعد قيام شركة هورس للسياحة والسفر بدفع قوائم طلب أصولية إلى الخطوط الجوية العراقية ويتم تسوية المبلغ بين الطرفين ويسدد شهريا

٦ ـ يقوم الوكيل العام ببذل العناية اللازمة لاستخراج فيزا ( تأشيرة الدخول للمسافرين العراقيين ) من بغداد إلى القاهرة وسيكون المبلغ المترتب على إستحصال الفيزا( ٣٠ $ ) ثلاثون دولار أمريكي لكل جواز على أن يتم تقديم صورة الجواز في مدة لا تقل عن عشر أيام قبل المغادرة ويستثنى موظفي الخطوط الجوية العراقية وعوائلهم من رسم الفيزا

٧ – يقوم الوكيل العام بعمل حملات إعلامية شاملة لتسيير رحلات الخطوط الجوية العراقية والترويج لها داخل جمهورية مصر العربية .

٨– يقوم الوكيل العام بإصدار كفالة بنكية لضمان عقدي الوقود – والخدمات الأرضية – وتموين الطائرات نيابة عن الخطوط الجوية العراقية عند بدء التشغيل لحين قيام الخطوط الجوية العراقية بإصدارها لاحقاً ورد الكفاله للوكيل العام

٩ – تعديل عمولة الوكيل العام بالنسبة إلى المسافرين الواردة في عقد الوكالة العامة في البند ( ١١ ) لتصبح ٧% بالنسبة إلى المسافرين بالإضافة إلى ٣% أما بالنسبة إلى الشحن ستكون النسبة ٥% بالإضافة الى ٢% . ويتم اعادة النظر في النسبة الخاصة بالمسافرين والبالغه ٧% عند تحقق ارباح من جراء التشغيل .

١٠ – مدة العقد للوكالة العامة ثلاث سنوات من تاريخ بدء التشغيل الفعلي تجدد تلقائيا لمدة مماثلة أخرى وتجدد هكذا تلقائيا مالم يخطر أحد الطرفين الآخر بعدم رغبته بالتجديد قبل انتهاء المدة المجددة بستين يوما على الاقل بخطاب موصي عليه بعلم الوصول ولايجوز لاي من الطرفين طلب الفسخ أو عدم التجديد الا اذا وقع خطأ جسيم من الطرف الثاني .

١١- استكمال تشطيبات مكتب الشركة العامة للخطوط الجوية فى القاهرة والمتضمن ما يلي :-

١ – التشطيب الخارجي للمكتب

٢ – تجهيز غرف الشركة بأجهزة كمبيوتر وحاسبات

٣ – تغيير أجهزة التكييف

٤ – وضع خريطة العالم الكبيرة خلف الكاونتر وأسم العراقية أسفل الخريطة بالرخام الأخضر

١٢- يستمر الوكيل العام شركة هورس للسياحة والسفر بالعمل بالوكالة العامة الممنوحة له والمؤرخه ٢٠٠١/١/٣٠ ويعتبر ملحق الوكالة المؤرخ في ٢٠٠١/٣/١٥ ومحضر الاجتماع الموقع بتاريخ ٢٠٠٥/٨/٢٧ جزء لا يتجزأ من عقد الوكالة العامة الموقعة بين الطرفين ويلغى كل ما يخالف ذلك .

وقد اقفل المحضر بعد الاتفاق على ماتقدم وتم التوقيع عليه من الطرفين

| الكابتن / عبد علي عبود | السيد / يوسف السعيد يوسف |
|---|---|
| رئيس مجلس ادارة | العضو المنتدب |
| المدير العام | شركة هورس للسياحة والسفر |
| الشركة العامة للخطوط الجوية العراقية | |