# EXHIBIT F

FAX NO. :0996232016311                    Dec. 14 2004 00:53PM  P1

بسم الله الرحمن الرحيم

**REPUBLIC OF IRAQ**

جمهورية العراق

**MINISTRY OF TRANSPORT**

وزارة النقل

**IRAQI AIRWAYS CO .**

الشركة العامة للخطوط الجوية العراقية

التاريخ : ع /١٢/ ٢٠٠٤                    العدد/ ١٦١٩ع                    مطار بغداد الدولي – القسم التجاري

السيد عماد الفسعيد الجلبة المحترم

رئيس مجلس الادارة لشركة موورس للسياحة والسفر

الوكيل العام للخطوط الجوية العراقية في مصر

٣- شارع الشهيدمحمدجمال برعي/ارض الجولف- مصر الجديدة

القاهرة – جمهورية مصر العربية ..

م/ إنهاء الوكالة العامة

_____

تحية طيبة ..

نظرا" لتوجهات الدولة في العراق الجديد بإعادة تأهيل الشركة العامة للخطوط الجوية العراقية بشكل يؤهلها
لاعادة التشغيل وممارسة نشاطها في مجال النقل الجوي واعادة بناء أســــطواتها، التقليدية بعيدا عن التأثيرات
الجانبية التي كانت تفرض من قبل أجهزة النظام السابق والتي لا تخدم أهداف الشركة الاقتصادية .
نود إعلامكم ورغبة شركتنا بإنهاء اتفاقية الوكالة العامة في مصــر اعتبارا" مــــن
١/شباط/٢٠٠٤ ولهذا نوجه خطابنا إليكم لاتخاذ الإجراءات اللازمة وخلال ( ٦٠) ستون يوما" لتصفيـــــة
المعلقات المالية والإدارية مع شركتنا والتهيؤ لتسليم مكتبنا في القاهرة إلى الجهة التي ستحدد لاحقا".
وتقبلـــوا فائق التقدــــــر ..



المهندس عطا نبيل حسين
المدير التسام
٢٠٠٤/١٢/ع.

وزارة النقل

الشركة العامة للخطوط الجوية العراقية      العدد / ٢٥ ٥٤ >

القسم القانوني      التاريخ / ١٩ / ١٠ /٢٠٠٥

الى / شركة هورس للسفر والسياحة

م / ايقاف وكالة

بالنظر لعدم التزامكم ببنود الوكالة العامة وملحق العقد ومحضر الاجتماع المرفقة معكم مما تسبب بأضرار جسيمة بأموال شركتنا نعيبة المخالفات المدرجة في ادناه وهي :-

١-- لم يقدم الوكيل العام الكفالة المطلوبة والواردة بملحق العقد والمحضر المشترك والتي تعتبر اساسا" لسريان عمل الوكالة .

٢-- لم يقوم الوكيل العام بتسديد مستحقات أجور الخدمات الأرضية ( الوقود/ مصاريف الاقلاع والهبوط مبالغ محجوزين الطائرات / الضرائب والرسوم المستحقة على كل رحله ) والتي تعتبر اساسا" للتشغيل وتسيير الرحلات .

٣-- لم يقوم الوكيل العام ليجهز مكتب الشركة بالقاهرة بالاجهزة والمستلزمات التشغيلية لاغراض الحجز ( الحجز الآلي /الحاسبات/ الكومبيوتر / اجهزة التبريد والتدفئة / اجهزة الاتصالات بكافة انواعها ) ٤-- لم يلتزم الوكيل العام بتسديد اشتراكات اجهزة التلفون والكهرباء مما ادى الى قطع الخدمة عن المكتب لمدة شهرين حيث قامت شركتنا بسدادها لغرض استمرار العمل .

٥-- لم يلتزم الوكيل العام بعمل الدعاية والاعلام الكافية لتنشيط مبيعات الشركة بالقاهرة

٦-- لم يقدم الوكيل العام الكفالة المكانية المطلوبة لضمان لتقديم خدمات الوقود والخدمات الارضية وتموين الطائرات قبل بدء التشغيل استنادا" للفقرة (٨) من محضر الاجتماع مما ادى الى تأخير التشغيل الى يوم ٢٠٠٥/١٠/٢٠ بدلا" من ١٧/١٠/ ٢٠٠٥ مسببا" أضرار مادية ومعنوية للشركة للاسباب اعلاه

٧-- لم يقوم الوكيل العام بتسديد المستحقات المطالب بها من قبل المستخدمين الحاليين كالسبب بأقامة الدعاوى على الشركة اضافة الى توقفه عن سداد التامينات الاجتماعية والمتعلقة بالسيد فهمي محمد وزينب زين العابدين .

٨-- لم يلتزم الوكيل العام بأجراء التامين الشامل على مكاتب الشركة بالمدينة والمطار ضد الحريق والسطو .

٩- لم يلتزم الوكيل بتزويد مولدين اكتب بالزي الموحد ثنوي أو الصيف

عليه قررنا أيقاف نشاط الوكالة للاسباب اعلاه وستقوم شركتنا بالتشغيل المباشر من خلال

مكتبنا في القاهرة

مــــع التقديـــــر

الطيار / عبد عــلي عبود

المــدير العــام

7 /11/ 2005

صوره منه الى

وزارة النقل / دائرة المفتش العام / للتفضل بالاطلاع 00 مع التقادير

. ميكتب السيد المستشار لشؤون الطيران المدني والخطوط الجوية /للتفضل بالاطلاع 00 مع التقادير.

السيد المدير التجاري / الادارة لكتاب مكتب القاهرة المرقم 42 الى 2005/11/5 للعلم مع التقادير

السيد مدير مكتب الشركة في القاهرة / الاشارة لكتابكم اعلاه 00 راجين اتخاذ مايلزم وبالنسبق مع السفارة

العراقية في القاهرة لترشيح محامي يتمتع بمكانه جيدة في مجال الدعاوى

بعد حضور ممثل القسم القانوني لغرض مناقشته والتعاقد معـــه .

مـــع التقديـــــر

//شلدا/

بسم الله الرحمن الرحيم

وزارة النقـــــــــــل
شركة الخطوط الجوية العراقية
الدائرة التجارية / المكاتب الخارجية

العدد / ١ ( ملاحترة ) / ك
التاريخ / ١١ / ٥ / ٢٠٠٥

العدل عماد المبجد الجلدة المحترم
رئيس مجلس الادارة لشركة هورس للسياحه والسلار
الوكيل العام للخطوط الجويه العراقيه في مصر
٩ شارع الشهيد محمد جمال برعي / ارض الجولف مصر الجديده
القاهره - جمهورية مصر العربيه

م / انهاء وكاله

نظرا لاعادة التشغيل لطائرات شركة الخطوط الجويه العراقية من والى مصر ولعدم وفاء شركتكم بالتزاماتها تجاه شركتنا ، لقد تقرر انهاء عقد الوكاله العامه في مصر المبرمه معكم واعتبارا من ١ / ١٢ / ٢٠٠٥ وملحكم مدة ستون يوما لتصفية المتعلقات الماليه والاداريه مع شركتنا .
.. مع التقدير

الطيار عبد علي عبود
المدير العام

لسخه منه الى /
السيد المدير التجاري / للتفاضل بالاطلاع واثباره الى ماهشكم في ١١/١٢ ..مع التقدير
السيد المدير القانوني
السيد المدير المالي
ملف الوكاله العامه في مصر





Venice Translation Office
12 B El Marwa Buildings, Nabil
El Wakad St, Heliopolis, Cairo
Tel: 01094949751

*In the name of God, the Most Gracious, the Most Merciful*

Republic Of Iraq
Ministry of Transport
Iraqi Airways Co.
Baghdad International Airport – Commercial Department Version/ 417 Date: 2/12/2004

Dear Mr. Emad Elsaied Elgelda,
The Chairman of the Board of Directors of Horse Tourism & Travel Company
General Agent of Iraqi Airways in Egypt
9 El Shaheed Mohamed Gamal Boraie St., Ard El Golf, Heliopolis,
Cairo – Arab Republic of Egypt

RE/ Termination of General Agency

Greetings,
Due to the state's trends in the new Iraq to rehabilitate Iraqi Airways Co. in order to restart and practice its activity in the field of airway transport and rebuild its conventional markets apart from the side effects imposed by the ex-regime which do not serve the Company's economic objects.
We would like to inform you that our Company desires to terminate the General Agency Contract in Egypt concluded with you as of 1/February/2005. Therefore, we are addressing our letter to you to take the necessary actions within (60) sixty days to clear the financial and administrative dues with our Company and to prepare the delivery of our Office in Cairo to the entity determined later.

Yours Sincerely,

Eng. Atta Nabil Hassan
*Signature*
Director General
02/12/2004

**Seal:** *Iraqi Airways, Commercial Circuit.*

This English target certificate is true translated version from the attached official Arabic source certificate.
Issued on September 2017, Translated by Venice office for Certified Translation,
12 B El Marwa Buildings, Nabil El Wakad St, Heliopolis, Cairo
Tel: 26905975   Telefax: 24187068    Mob: 010/94949751
Tax Card : 965-967-278   -  Commercial Register :  353041
Email: info@venice4translation.com        Web: www.venice4translation.com





Venice Translation Office
12 B El Marwa Buildings, Nabil
El Wakad St, Heliopolis, Cairo
Tel: 01094949751

*In the name of God, the Most Gracious, the Most Merciful*

Ministry of Transport
Iraqi Airways Co.
Commercial Circuit / External Offices

Version / Cairo / 14
Date: 17/11/2005

Dear Mr. Emad Elsaied Elgelda,
The Chairman of the Board of Directors of Horse Tourism & Travel Company
General Agent of Iraqi Airways in Egypt
9 El Shaheed Mohamed Gamal Boraie St., Ard El Golf, Heliopolis,
Cairo – Arab Republic of Egypt

RE/ Termination of General Agency

With regard to the fact that the airplanes of Iraqi Airways have been reinitialized from and to Egypt and that your Company did not fulfill its obligations before our Company, thus, the General Agency Contract concluded with you shall be terminated in Egypt as of 01/12/2005 and you are awarded a grace period of sixty days to clear the financial and administrative dues with our Company.

With Appreciation,

*Signature*
*14/11/2005*
Pilot Abd Ali Aboud
Director General

Cc /
Mr. Commercial Director / Kindly peruse and refer to your margin on 12/11 .. With Appreciation
Mr. Legal Director
Mr. Financial Director
File of General Agency in Egypt



This English target certificate is true translated version from the attached official Arabic source certificate.
Issued on September 2017, Translated by Venice office for Certified Translation,
12 B El Marwa Buildings, Nabil El Wakad St, Heliopolis, Cairo
Tel: 26905975   Telefax: 24187068    Mob: 010/94949751
Tax Card : 965-967-278   - Commercial Register :  353041
Email: info@venice4translation.com        Web: www.venice4translation.com

 

Ministry of Transport
Iraqi Airways Co.
Legal Section

Version / 254
Date / 17/11/2005

To / Horse Travel & Tourism Company
RE / Agency Termination

In view of the fact of your non-compliance with the terms of General Agency, the Contract's Annexure and the Minutes of Meeting signed with you, which led to extensive damage to the funds of our Company due to the violations specified herein below:

1- The General Agent did not submit the required guarantee indicated in the Contract's Annexure and the joint Minutes, which shall be deemed as a base for the effectiveness of the Agency work.

2- The General Agent did not pay the ground service due wages (fuel / expenses of takeoff and departure / amounts of aircraft supply / taxes and fees accrued per each trip) which is a base for operating and flights.

3- The General Agent did not furnish the Company's Office in Cairo with the functional devices and accessories for the purpose of booking (automatic booking / calculators / computers / air conditioning and heating apparatus / communication tools of all types).

4- The General Agent did not pay the telephone and electricity subscription fees causing power cut in the Office for two months and our Company had to pay the sum to keep the work in progress.

5- The General Agent did not perform the advertisement necessary for promoting the Company's sales in Cairo.

6- The General Agent did not present the bank guarantee required for catering the services of fuel, ground services and aircraft supply prior to operation in accordance with Paragraph (8) of the Minutes of Meeting resulting in the operation delay until 20/10/2005 in lieu of 17/10/2005 producing material and moral damage to the Company in view of the hereinbefore outlined reasons.

7- The General Agent did not fulfill the dues claimed by the local users leading to lawsuit filing against the Company together with ceasing from paying the social insurance pertaining to Mr. Fahmy Mohamed and Ms. Zainab Zein Alabedeen.

8- The General Agent did not make the comprehensive insurance for the Company's offices and the Airport against the fire and robbery.

9- The General Agent did not provide the Office's employees with winter and summer uniforms.



This English target certificate is true translated version from the attached official Arabic source certificate.
Issued on September 2017, Translated by Venice office for Certified Translation,
12 B El Marwa Buildings, Nabil El Wakad St, Heliopolis, Cairo
Tel: 26905975   Telefax: 24187068    Mob: 010/94949751
Tax Card : 965-967-278   - Commercial Register :  353041
Email: info@venice4translation.com        Web: www.venice4translation.com





Venice Translation Office
12 B El Marwa Buildings, Nabil
El Wakad St, Heliopolis, Cairo
Tel: 01094949751

Accordingly, we decided to terminate the Agency activity for the foregoing reasons and our Company will operate directly through our Office in Cairo.

With Appreciation,

*Signature*
Pilot Abd Ali Aboud
Director General
16/11/2005

Cc /

Ministry of Transport / General Supervisor Circuit / Kindly peruse … With Appreciation

Office of Civil Aviation & Airlines Affairs Consultant / Kindly peruse … With Appreciation

Mr. Commercial Director / Reference to the letter of Cairo Office under no. 42 on 05/11/2005 For Information. With Appreciation

Mr. Director of the Company's Office in Cairo / In reference to your above letter … Please take the necessary action and coordinate with the Iraqi Embassy in Cairo to nominate an attorney-at-law enjoying a good standing in the field of lawsuits for the appearance of the Legal Representative to discuss and contract therewith.

With Appreciation,

Shaza



This English target certificate is true translated version from the attached official Arabic source certificate.
Issued on September 2017, Translated by Venice office for Certified Translation,
12 B El Marwa Buildings, Nabil El Wakad St, Heliopolis, Cairo
Tel: 26905975   Telefax: 24187068    Mob: 010/94949751
Tax Card : 965-967-278   -   Commercial Register : 353041
Email: info@venice4translation.com        Web: www.venice4translation.com