**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HORSE TOURS AND TRAVEL SAE,
9 El Shaheed Mohamed Gamal Boraie
Street
Heliopolis, Cairo
Arab Republic of Egypt

     *Petitioner*,

    v.

IRAQI AIRWAYS CO.
Baghdad International Airport
Baghdad
Republic of Iraq

MINISTRY OF TRANSPORT
OF THE REPUBLIC OF IRAQ,
Omar Bin Al Khatab Street and Bur Said
Street
Baghdad
Republic of Iraq

THE REPUBLIC OF IRAQ,
c/o Minister of Foreign Affairs
Ministry of Foreign Affairs
Al-Salhiya, Fadhil Al-Jimali Street
Baghdad
Republic of Iraq

    *Respondents*.

Case No. _____

**DECLARATION OF GEORGE R. CALHOUN, V**

I, George R. Calhoun, V, declare and state as follows:

1. I am a member of the law firm Ifrah PLLC and a member of the bar of this Court. I represent Petitioner Horse Tours and Travel SAE in this matter and submit this declaration in support of its petition to recognize and enforce a foreign

1

arbitral award against Iraqi Airways Co., the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq. I have personal knowledge of the facts set forth herein.

2.      Attached hereto as **Exhibit A** is a claim calculation I prepared showing the amount of post-award interest due on the Award as of July 24, 2026.

3.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Iraq's Constitution of 2005, as translated by the Comparative Constitutions Project and distributed on constituteproject.org at the following URL: https://www.constituteproject.org/constitution/Iraq_2005.pdf?lang=en.

4.      Attached hereto as **Exhibit C** is a true and correct copy of paragraph 2, article 1, of Iraq's Law on Executive Authority (Law No. 50 of 1964), as translated and obtained from an exhibit previously submitted by the Republic of Iraq in *Wye Oak Technology, Inc. v. Republic of Iraq*, No. 1:10-cv-01182, Dkt. No. 103-1, at 31 (D.D.C. June 6, 2014).

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C. on July 24, 2026.

/s/ *George R. Calhoun, V*
George R. Calhoun, V

2