# EXHIBIT A

**Horse Tours and Travel SAE v. Iraqi Airways Company**
**Claim Calculation     July 24, 2026**

### Interest on Award of Compensation for Expenses Incurred under Contract

| Start Date | End Date | Start Principal | Rate | Days | Interest | Compounded | |
|---|---|---|---|---|---|---|---|
| 12/28/2013 | 12/31/2013 | $ 94,559,028.00 | 5% | 3 | $ 38,859.87 | $ 94,597,887.87 | |
| 12/31/2013 | 12/31/2014 | $ 94,597,887.87 | 5% | 365 | $ 4,729,894.39 | $ 99,327,782.27 | $ 787,426,177.00 |
| 12/31/2014 | 12/31/2015 | $ 99,327,782.27 | 5% | 365 | $ 4,966,389.11 | $ 104,294,171.38 | |
| 12/31/2015 | 12/31/2016 | $ 104,294,171.38 | 5% | 366 | $ 5,228,995.44 | $ 109,523,166.82 | |
| 12/31/2016 | 12/31/2017 | $ 109,523,166.82 | 5% | 365 | $ 5,476,158.34 | $ 114,999,325.16 | |
| 12/31/2017 | 12/31/2018 | $ 114,999,325.16 | 5% | 365 | $ 5,749,966.26 | $ 120,749,291.42 | |
| 12/31/2018 | 12/31/2019 | $ 120,749,291.42 | 5% | 365 | $ 6,037,464.57 | $ 126,786,755.99 | |
| 12/31/2020 | 12/31/2021 | $ 126,786,755.99 | 5% | 365 | $ 6,339,337.80 | $ 133,126,093.79 | |
| 12/31/2021 | 12/31/2022 | $ 133,126,093.79 | 5% | 365 | $ 6,656,304.69 | $ 139,782,398.48 | |
| 12/31/2022 | 12/31/2023 | $ 139,782,398.48 | 5% | 365 | $ 6,989,119.92 | $ 146,771,518.41 | |
| 12/31/2023 | 12/31/2024 | $ 146,771,518.41 | 5% | 366 | $ 7,358,681.61 | $ 154,130,200.02 | |
| 12/31/2024 | 12/31/2025 | $ 154,130,200.02 | 5% | 365 | $ 7,706,510.00 | $ 161,836,710.02 | |
| 12/31/2025 | 7/24/2026 | $ 161,836,710.02 | 5% | 205 | $ 4,544,729.53 | - | |
| | | | | | $ 71,822,411.54 | | |

### Interest on Award of Lost Profits

| Start Date | End Date | Start Principal | Rate | Days | Interest | Compounded |
|---|---|---|---|---|---|---|
| 7/26/2023 | 12/31/2023 | $ 541,747,149.00 | 5% | 158 | $ 11,725,486.24 | $ 553,472,635.24 |
| 12/31/2023 | 12/31/2024 | $ 553,472,635.24 | 5% | 366 | $ 27,749,449.93 | $ 581,222,085.17 |
| 12/31/2024 | 12/31/2025 | $ 581,222,085.17 | 5% | 365 | $ 29,061,104.26 | $ 610,283,189.43 |
| 12/31/2025 | 7/24/2026 | $ 610,283,189.43 | 5% | 205 | $ 17,138,089.57 | - |
| | | | | | $ 85,674,129.99 | |

### Interest on Award for Reputational/Non-Pecuniary Harms

| Start Date | End Date | Start Principal | Rate | Days | Interest | Compounded |
|---|---|---|---|---|---|---|
| 7/26/2023 | 12/31/2023 | $ 150,000,000.00 | 5% | 158 | $ 3,246,575.34 | $ 153,246,575.34 |
| 12/31/2023 | 12/31/2024 | $ 153,246,575.34 | 5% | 366 | $ 7,683,321.45 | $ 160,929,896.79 |
| 12/31/2024 | 12/31/2025 | $ 160,929,896.79 | 5% | 365 | $ 8,046,494.84 | $ 168,976,391.63 |
| 12/31/2025 | 7/24/2026 | $ 168,976,391.63 | 5% | 205 | $ 4,745,227.44 | - |
| | | | | | $ 23,721,619.07 | |

Notes:          Actual/365 day count convention
                Compounded annually at year end

## Totals

### Expenses Incurred under Contract

| | | |
|---|---|---|
| *Damages* | $ | 94,559,028.00 |
| *Interest* | $ | 71,822,411.54 |
| **Total** | $ | 166,381,439.54 |

### Lost Profits

| | | |
|---|---|---|
| *Damages* | $ | 541,747,149.00 |
| *Interest* | $ | 85,674,129.99 |

**Horse Tours and Travel SAE v. Iraqi Airways Company**
**Claim Calculation    July 24, 2026**

| | | |
|---|---|---|
| **Total** | $ | 627,421,278.99 |

**Reputational and Non-Pecuniary Harms**

| | | |
|---|---|---|
| *Damages* | $ | 150,000,000.00 |
| *Interest* | $ | 23,721,619.07 |
| **Total** | $ | 173,721,619.07 |

| | | |
|---|---|---|
| **Arbitration Costs** | $ | 1,120,000.00 |

| | | |
|---|---|---|
| **Grand Total** | $ | 968,644,337.61 |