## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORSE TOURS AND TRAVEL SAE,<br>9 El Shaheed Mohamed Gamal Boraie Street<br>Heliopolis, Cairo<br>Arab Republic of Egypt<br><br>    *Petitioner*,<br><br>    v.<br><br>IRAQI AIRWAYS COMPANY.<br>Baghdad International Airport<br>Baghdad<br>Republic of Iraq<br><br>MINISTRY OF TRANSPORT<br>OF THE REPUBLIC OF IRAQ,<br>Omar Bin Al Khatab Street and Bur Said Street<br>Baghdad<br>Republic of Iraq<br><br>THE REPUBLIC OF IRAQ,<br>c/o Minister of Foreign Affairs<br>Ministry of Foreign Affairs<br>Al-Salhiya, Fadhil Al-Jimali Street<br>Baghdad<br>Republic of Iraq<br><br>    *Respondents*. | Case No. _____ |

## [PROPOSED] ORDER

Upon consideration of the Petition of Horse Tours and Travel SAE to Recognize and Enforce Foreign Arbitral Award, the Declaration of in support thereof, and the exhibits attached thereto, with proof of due service thereof upon Respondents Iraqi Airways Company, the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq, and having considered the responsive papers filed by

1

Respondents if any, this Court, on this ＿＿＿ day of ＿＿＿＿＿＿＿＿, 2026, hereby

ORDERS that the Petition is granted; and further

ORDERS that the Award, rendered by an ad hoc international commercial arbitration Tribunal on July 26, 2023 in *Horse Tours and Travel SAE v. Iraqi Airways Company, et al.,* is hereby RECOGNIZED and ENFORCED in its entirety against Respondents Iraqi Airways Company, the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq; and further

ORDERS that judgment be entered thereon in favor of Petitioner Horse Tours and Travel SAE and against Respondents Iraqi Airways Company, the Ministry of Transport of the Republic of Iraq, and the Republic of Iraq in the amount of $ 787,426,177, as well as post-award interest, all such amounts comprising $ 968,644,337.61 as of July 24, 2026; and further

ORDERS that post-judgment interest shall accrue thereon as provided by law.


DATED: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　United States District Judge

2